# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-371-834**

**Effective Date of Registration:**
November 14, 2023
**Registration Decision Date:**
November 21, 2023



---

## Title

    **Title of Work:** Teddy Bear Slipper

## Completion/Publication

   **Year of Completion:** 2015
  **Date of 1st Publication:** July 18, 2019
 **Nation of 1st Publication:** China

## Author

-      **Author:** Aidong Zou
   **Author Created:** sculpture
     **Citizen of:** China
    **Domiciled in:** China
     **Year Born:** 1974

## Copyright Claimant

  **Copyright Claimant:** Aidong Zou
            No. 58 Huancheng North Road, Jiangxi Province, Ji'an, China

## Certification

      **Name:** Ge Lei
       **Date:** November 14, 2023

---

    **Correspondence:** Yes
 **Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable
             of existing independently of the utilitarian aspects of a useful article.



**Teddy Bear Slipper**









