# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-371-731

**Effective Date of Registration:**
November 20, 2023
**Registration Decision Date:**
November 21, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | 3D teddy bear slippers design |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | July 28, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | aidong zou |
| **Author Created:** | sculpture |
| **Citizen of:** | China |
| **Domiciled in:** | China |
| **Year Born:** | 1974 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | aidong zou |
| | 1300 morningside park drive, alpharetta, GA, 30022 |

## Rights and Permissions

| | |
|---|---|
| **Name:** | aidong zou |
| **Email:** | aidongzou@126.com |
| **Telephone:** | (170)625-5091 |
| **Alt. Telephone:** | (170)625-5091 |
| **Address:** | 1300 morningside park drive |
| | alpharetta, GA 30022 United States |

## Certification

**Name:** aidong zou
**Date:** August 25, 2023

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.


