1/4/24, 12:24 PM
Case: 1:23-cv-16600 Document #: 46-4 Filed: 01/28/24 Page 1 of 4 PageID #:2120
Design Patent Cases Against "Schedule A" Defendants Concentrated in the Northern District of Illinois | Lex Machina



PRODUCT   LAW FIRMS   COMPANIES   ABOUT US   RESOURCES   BLOG   CONTACT   LOGIN

Blog

# Design Patent Cases Against "Schedule A" Defendants Concentrated in the Northern District of Illinois

By **Elaine Chow** | November 2nd, 2023 | Legal Trends

Previously, Lex Machina noted the popularity of the Northern District of Illinois for design patent cases. For the past three years, the Northern District of Illinois has also been one of the most popular venues for a design patent case often referred to as a "Schedule A" case because the defendants are typically identified as "the Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A" (or some variation thereof).

In a Schedule A case, the plaintiff sues a large number of accused infringers – usually Chinese online marketplace sellers – who are listed by seller identification name in a Schedule A that is attached to the complaint. Sometimes, the plaintiff files under a temporary pseudonym such as "ABC Corporation," "XYZ Corporation", or "John Doe." (For example, 13 Schedule A cases were filed in the Northern District of Illinois in 2020 where the plaintiff initially filed under the pseudonym "ABC Corporation.") The complaint, which identifies the asserted patents and the accused products, and the Schedule A are often filed under seal on the grounds that the accused infringers would otherwise remove their products from the market, destroy relevant evidence, and conceal assets if the filings were public. The complaint is usually accompanied by an ex parte motion for a temporary restraining order that includes a temporary injunction, a temporary asset restraint, and expedited discovery. This ex parte motion is also filed under seal.

Out of the 222 design patent cases filed in the Northern District of Illinois between January 1, 2020 and December 31, 2022, 155 (or 69.8 percent) were against Schedule A Defendants. In fact, 85 percent of the 182 design patent cases filed in the U.S. against Schedule A defendants during the time period were filed in the Northern District of Illinois.

**SUBSCRIBE TO BLOG**

Stay up to date on Legal Analytics!

Professional Email

Subscribe Now

**RECENT POSTS**

› Lex Machina Launches New and Enhanced Legal Analytics for Federal Motion Metrics Search & Analytics

› Lex Machina Releases its 2023 Contracts: Commercial Litigation Report

› Lex Machina Releases its 2023 Torts Litigation Report

› Lex Machina Launches Legal Analytics for Class Action Litigation

**CATEGORIES**

› Analytics Articles

› COVID-19

› Legal Trends

› Products

› Reports

1/4/24, 12:24 PM
Case: 1:23-cv-16600 Document #: 46-4 Filed: 01/28/24 Page 2 of 4 PageID #:2121
Design Patent Cases Against 'Schedule A' Defendants Concentrated in the Northern District of Illinois | Lex Machina



PRODUCT    LAW FIRMS    COMPANIES    ABOUT US    RESOURCES    BLOG    CONTACT    LOGIN

In the past three years, the number of design patent infringement cases filed against Schedule A defendants in the Northern District of Illinois increased from 38 in 2020 to 54 in 2021 to 63 in 2022. In the first nine months of 2023, 59 design patent infringement cases were filed against Schedule A defendants in the Northern District of Illinois.

Schedule A cases have been criticized for bypassing procedural safeguards. However, they have become an increasingly popular tool for the owners of design patents to pursue alleged counterfeiters en masse. Plaintiffs in the Northern District of Illinois overwhelmingly prevail, with the median time to a permanent injunction a little more than three months.

Out of the 155 cases filed in the Northern District of Illinois during the three-year time period from January 1, 2020 to December 31, 2022, the claimant prevailed 75 percent of the time on default judgment or consent judgment, and the claim defendant prevailed zero percent of the time. The requested injunctive relief has almost always been granted: temporary restraining orders (100 percent), preliminary injunctions (99 percent), and permanent injunctions (100 percent). Furthermore, the median time to injunctive relief is 11 days for a temporary restraining order, 42 days for a preliminary injunction order, and 105 days for a permanent injunction order.

Fifty-one percent of these Schedule A cases filed in the Northern District of Illinois during the time period were filed by three plaintiffs: Oakley, Inc. (43 cases), Deckers Outdoor Corporation (23 cases), and Dyson Technology Limited (13 cases).



Unsurprisingly, for the Northern District of Illinois judges with design patent cases, Schedule A design patent cases can comprise a significant percentage of their docket. The number and percentage of Schedule A design patent cases filed from 2020 to 2022 before the top ten district court judges for design patent cases in the Northern District of Illinois is shown below:

1/4/24, 12:24 PM    Design Patent Cases Against 'Schedule A' Defendants Concentrated in the Northern District of Illinois | Lex Machina

Case: 1:23-cv-16600 Document #: 46-4 Filed: 01/28/24 Page 3 of 4 PageID #:2122



PRODUCT    LAW FIRMS    COMPANIES    ABOUT US    RESOURCES    BLOG    CONTACT    LOGIN

| | | | |
|---|---|---|---|
| Martha Maria Pacold | 17 | 13 | 76.5 |
| Steven Charles Seeger | 14 | 11 | 78.6 |
| Virginia Mary Kendall | 14 | 12 | 85.7 |
| Franklin Ulyses Valderrama | 13 | 8 | 61.5 |
| Sharon Johnson Coleman | 13 | 12 | 92.3 |
| Thomas Michael Durkin | 13 | 7 | 53.8 |
| Edmond E-Min Chang | 11 | 9 | 81.0 |
| Matthew F. Kennelly | 11 | 8 | 72.0 |
| John Robert Blakey | 10 | 7 | 70.0 |
| Elaine E. Bucklo | 10 | 5 | 50.0 |

Lex Machina will provide regular updates on patent litigation trends, including design patent cases and Schedule A cases.

Share This Story!    Facebook    X    Reddit    LinkedIn    Tumblr    Pinterest    Email

Product:
Legal Analytics Platform
Quick Tools
How We're Different
Federal Practice Areas
State Courts
All Areas of Coverage

Business Type:
Law Firms
Companies
Consultants
Public Interest

About Us
News & Events
Resource Library
Careers
Blog

Lex Machina
1010 Doyle Street, Suite 200
Menlo Park, CA 94025
Phone: 1-650-390-9500

REQUEST A LIVE DEMO

Lex Machina is a LexisNexis Company    |    Privacy Policy    |    Cookie Policy    |    Ad Choices    |    Terms of Use    |    © 2015-2023

Case: 1:23-cv-16600 Document #: 46-4 Filed: 01/28/24 Page 4 of 4 PageID #:2123



PRODUCT    LAW FIRMS    COMPANIES    ABOUT US    RESOURCES    BLOG    CONTACT    

We use cookies that are necessary to make our site work. We may also use additional cookies to analyze, improve and personalize our content, ads and your digital experience. You can opt out of personalized advertising via Ad Choices.

LOGIN