THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIDONG ZOU <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A" <br><br><br> Defendants. | Civil Action No.: 23cv16600 <br><br> Honorable Judge Virginia M. Kendall <br><br> Magistrate Judge Jeannice W. Appenteng |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on April 16, 2024 [75], in favor of Plaintiff AIDONG ZOU, and against the Defendants Identified in SCHEDULE A, in the amount of One hundred and fifty thousand dollars ($150,000.00), including willful infringement of Plaintiff's copyright on products sold through at least the Defendants Internet Stores. Plaintiff hereby acknowledges payment of an agreed-upon damages amount, costs, and interest and desires to release the judgment against one Defendant, which hereby fully and completely satisfies the same judgment as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| jbar0907 | 108 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment against said Defendant.

DATED  August 29, 2024			Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*