THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIDONG ZOU<br><br>Plaintiff,<br><br>v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A"<br><br>Defendants. | Civil Action No.: 23cv16600<br><br>Honorable Judge Virginia M. Kendall<br><br>Magistrate Judge Jeannice W. Appenteng |

**RETURN OF BOND ORDER**

This action was commenced by Plaintiff Aidong Zou ("PLAINTIFF") against The Entities and Individuals Identified in Annex "A" ("Defendants"). No Defendants remain in this case.

Accordingly, this Court orders that the ten thousand dollar ($10,000.00) cash bond posted by PLAINTIFF, plus accrued interest, is hereby released to PLAINTIFF or its counsel, Getech Law LLC. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court, plus accrued interest, to PLAINTIFF or its counsel.

Dated: 10-31-24

Judge Virginia M. Kendall
United States District Judge

1